# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gregory J. Kudasz,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            3:11cv223

J. David Granberry,
in his official capacity as
Mecklenburg County
Register of Deeds,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 19, 2011 Order.

                                                   Signed: May 19, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court